```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
APPLIED BOLTING TECHNOLOGY PRODUCTS,                  :
LLC,                                                  :
                                                      :
                         Plaintiff,                   :     22-CV-10506 (JMF)
                                                      :
           -v-                                        :         ORDER
                                                      :
                                                      :
TURNASURE LLC,                                        :
                                                      :
                         Defendant.                   :
                                                      :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Earlier today, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. It is hereby ORDERED that all parties shall appear for a conference with the Court on **December 14, 2022**, at **11:30 a.m.** to address the motion and next steps, including but not limited to a briefing schedule, whether there is a need for a limited discovery and/or evidentiary hearing, and whether any hearing should be consolidated with trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. If practicable, counsel should confer about the foregoing topics before the conference. In addition, Defendant is welcome, but not required, to submit a letter addressing Plaintiff's motion before the conference.

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's

Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

**Plaintiff shall electronically serve its Complaint, its motion for a temporary restraining order and supporting papers, a copy of this Order, and the Court's Individual Rules and Practices in Civil Cases, on Defendant's counsel forthwith.** If unaware of the identity of Defendant's counsel, Plaintiff shall electronically serve Defendant itself.

SO ORDERED.

Dated: December 13, 2022
      New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge