UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
APPLIED BOLTING TECHNOLOGY PRODUCTS, :
LLC, :
:
                Plaintiff, :        22-CV-10506 (JMF)
:
    -v-                           :        ORDER
:
:
TURNASURE LLC, :
:
                Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's absence at the conference held earlier today, it is hereby ORDERED that all parties shall appear for a conference with the Court on **January 4, 2023**, at **2:30 p.m.,** at which time the parties should be prepared to address the issues noted by the Court in its December 13, 2022 Order, ECF No. 16. Defendant shall file any opposition to Plaintiff's motion for a temporary restraining order and preliminary injunction by **December 28, 2022**.

       The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                                                                  _____
                                                                                   JESSE M. FURMAN
                                                                                  United States District Judge